UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE STATE OF NEW YORK AND THE NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, | : : : |
| Plaintiffs, | : 07 Civ. 3160 (SCR) : |
| -against- | : **NOTICE OF SETTLEMENT** : |
| HSBC BANK USA, N.A., | : : |
| Defendant. | : |

---

**PLEASE TAKE NOTICE** that a consent decree has been presented for approval to the Honorable Stephen C. Robinson, United States District Court Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on the 16th day of May, 2007.

Albany, New York
May 15, 2007

                                            ANDREW M. CUOMO
                                            Attorney General of the State of New York
                                            Attorney for State of New York
                                            New York State Department Of Law
                                            The Capitol
                                            Albany, New York 12224

By: _____
      MAUREEN F. LEARY
      Assistant Attorney General
      (518) 474-7154

To:    Kevin Hogan
        Phillips, Lytle, LLP
        3400 HSBC Center
        Buffalo, New York 14203-2887
        Attorneys for HSBC Bank N.A.