**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STATE OF NEW YORK AND THE NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION :<br><br>Plaintiffs, :<br>:<br>-against- :<br>:<br>HSBC BANK USA, N.A., :<br>:<br>Defendant. : | Civil Action No. 07-CV-3160<br>Hon. Stephen C. Robinson |

### Waiver of Service of Summons and Complaint

On behalf of HSBC Bank USA, N.A., I hereby waive service of the summons and complaint in this matter on HSBC Bank USA, N.A., and hereby certify that I have authority to accept service of same.

Dated: 26th day of April, 2007

_____
Kevin Hogan, Esq.
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, New York 14203-2887
Attorney for HSBC Bank U.S.A, NA

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

The State of New York and The New York State
Department of Environmental Conservation

V.

HSBC Bank USA, N.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CIV. 3160

TO: (Name and address of Defendant)

HSBC Bank USA, N.A.
One HSBC Center
Buffalo, New York 14203

452 Fifth Avenue
New York, New York 10018

# ROBINSON

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maureen F. Leary
Assistant Attorney General
Office of the Attorney General
Environmental Protection Bureau
State Capitol
Albany, New York 12224

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    APR 1 9 2007

CLERK                                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                  *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.