UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE STATE OF NEW YORK and
THE STATE OF NEW YORK DEPARTMENT
OF ENVIRONMENT CONSERVATION,                    07 Civ. 3160(SCR)

                        Plaintiffs,          **NOTICE OF APPEARANCE**

vs.

HSBC BANK USA, N. A.,

                        Defendant.

---

        PLEASE TAKE NOTICE that Phillips Lytle LLP hereby appears in this action on behalf of defendant HSBC Bank USA, N.A.

New York, New York
May 16, 2007

                                      PHILLIPS LYTLE LLP

                                      By _____
                                            Michael C. Foley
                                  Attorneys for HSBC Bank USA, N.A.
                                  437 Madison Avenue, 34th Floor
                                  New York, New York 10022
                                  Telephone: (212) 508-0461
                                  E-mail: mfoley@phillipslytle.com

CC:   Maureen F. Leary,
       Assistant Attorney General
       Attorney General
       State of New York
       New York State Department of Law
       The Capitol
       Albany, New York 12224
       Telephone: (518) 474-7154

Doc # 01-1662031.1